UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard M. Beloin</u>

      v.          Civil No. 11-cv-326-JL

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

After due consideration of the objection and addendums filed thereto, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 10, 2011. SO ORDERED.

January 30, 2012        _____
                 Joseph N. Laplante
                 Chief Judge

cc:  Gerard M. Beloin, Pro se